**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN VILLASENOR MARTINEZ *also known as* LARRY BELTRAN,<br><br>                                    Petitioner,<br><br>vs.<br><br><br><br>F. JACQUEZ, Warden,<br><br>                                    Respondent. | CASE NO. 09cv416-MMA (JMA)<br><br><br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**;<br><br>[Doc. No. 19]<br><br>**DENYING WITH PREJUDICE FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS**<br><br>[Doc. No. 7] |

Petitioner Juan Villasenor Martinez, also known as Larry Beltran, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, superseded by a first amended petition [Doc. No. 7], challenging his state court sentence and judgment subsequent to pleading guilty on several drug related counts. Respondent filed an answer to the first amended petition [Doc. No. 14]. After requesting and receiving an extension of time in which to do so, Petitioner did not file a traverse [Doc. Nos. 16 & 17]. The matter was referred to United States Magistrate Judge Jan M. Adler for preparation of a Report and Recommendation under 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.1(d)(4).

///

1	Judge Adler issued a well reasoned and thorough Report recommending the first amended
2	petition be denied in its entirety. Objections to the Report and Recommendation were due no later
3	than February 18, 2011. To date, Petitioner has not filed any objections.

4	Where, as here, the case has been referred to the magistrate judge pursuant to 28 U.S.C. §
5	636, a district judge "may accept, reject, or modify the recommended disposition." Fed. R. Civ. P.
6	72(b); see 28 U.S.C. § 636(b)(1). "[T]he court shall make a *de novo* determination of those portions
7	of the [Report and Recommendation] to which objection is made." 28 U.S.C. § 636(b)(1); *see also*
8	Fed. R. Civ. P. 72(b). "The statute makes it clear that the district judge must review the magistrate
9	judge's findings and recommendations *de novo* if objection is made, but not otherwise." *United*
10	*States v. Reyna-Tapia*, 328 F.3d 1114,1121 (9th Cir. 2003) (en banc). "Neither the Constitution nor
11	the statute requires a district judge to review, *de novo*, findings and recommendations that the parties
12	themselves accept as correct." *Reyna-Tapia*, 328 F.3d at 1121. Accordingly, a district court is
13	entitled to adopt a magistrate judge's report and recommendation based on the lack of objections.
14	Nonetheless, the Court has conducted a *de novo* review and agrees that the first amended petition
15	should be denied with prejudice.

16	Accordingly, in the absence of objections and after conducting a *de novo* review, the Court
17	**ADOPTS** the Report and Recommendation in its entirety and **DENIES WITH PREJUDICE**
18	Petitioner's first amended petition.

19	<u>**CERTIFICATE OF APPEALABILITY**</u>

20	"The district court must issue or deny a certificate of appealability when it enters a final
21	order adverse to the applicant." Rule 11 foll. 28 U.S.C. § 2254. A petitioner may not seek an appeal
22	of a claim arising out of state court detention unless the petitioner first obtains a certificate of
23	appealability from a district judge or a circuit judge under 28 U.S.C. § 2253. Fed. R. App. P. 22(b).
24	Under 28 U.S.C. § 2253(c)(1), a certificate of appealability will issue only if the petitioner makes a
25	substantial showing of the denial of a constitutional right.
26	///
27	///
28	///

1      For the reasons set forth in the Report and Recommendation, Petitioner has not made a substantial showing of the denial of a constitutional right. Accordingly, a certificate of appealability should not issue in this action.

**IT IS SO ORDERED**.

DATED: May 17, 2011

Hon. Michael M. Anello
United States District Judge